

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2015

No. 04-15-00431-CR and 04-15-00432-CR

David Jermain **HAWKINS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR0290 and 2015CR0291
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

After we granted appellant a first extension of time to file his brief in these appeals, his brief was due November 11, 2015. Appellant has now filed a second motion asking for another thirty days to file the brief. We **GRANT** appellant's request for additional time and **ORDER** appellant to file his brief on or before December 16, 2015.

We note that in filing his request for an extension, appellant filed two separate motions asking for an extension of time — one in No. 04-15-00431-CR and another in 04-15-00432-CR. Appellant is reminded that by order dated September 15, 2015, we ordered Appeal Nos. 04-15-00431-CR and 04-15-00432-CR consolidated. We advised the parties that they were required to file motions, briefs, and other pleadings as if the appeals were one but put both appeal numbers in the style of the case. By filing two separate motions, appellant has failed to comply with our consolidation order. We **ORDER** appellant to file any future motions or other documents in this court, INCLUDING APPELLANT'S BRIEF, in compliance with our prior consolidation order, i.e., file motions and briefs filed **in a single document** with both appeal numbers in the style of the case.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2015.



Keith E. Hottle
Clerk of Court